Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

Amelia J. Harris

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

CNN America, Inc. and
Warner Brothers Discovery, Inc.
and its agents, officers, and employees specifically the HR Department and Valerie Jennings

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case: 1:23-cv-03526 JURY DEMAND
Assigned To : Friedrich, Dabney L.
Assign. Date : 11/27/2023
Description: Employ. Discrim. (H-DECK)

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Amelia J. Harris |
   | Street Address | 44161 Bristow Cir |
   | City and County | Ashburn, Loudoun County |
   | State and Zip Code | Virginia, 20147 |
   | Telephone Number | 203-722-2415 |
   | E-mail Address | ahjjharris@gmail.com |

   RECEIVED
   NOV 27 2023
   Clerk, U.S. District & Bankruptcy
   Courts for the District of Columbia

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | CNN America, Inc. / WarnerMedia, Inc. |
| Job or Title (if known) | |
| Street Address | One CNN Center |
| City and County | Atlanta |
| State and Zip Code | Georgia, 30303 |
| Telephone Number | (404) 827-1700 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Warner Brothers Discovery, Inc. |
| Job or Title (if known) | |
| Street Address | 230 Park Avenue South |
| City and County | New York |
| State and Zip Code | New York, 10003 |
| Telephone Number | (212) 548-5555 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Valerie Jennings |
| Job or Title (if known) | Senior HR People Partner |
| Street Address | One CNN Center |
| City and County | Atlanta |
| State and Zip Code | Georgia, 30303 |
| Telephone Number | |
| E-mail Address (if known) | valerie.jennings@warnermedia.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | CNN America, Inc. |
| Street Address | 820 First St NE |
| City and County | Washington |
| State and Zip Code | DC, 20002 |
| Telephone Number | (202) 898-7900 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:

29 USCS Section 2601, 42 USCS Section 12101 et seq.

☒ Relevant state law *(specify, if known)*:

DC Human Rights Act, Protecting Pregnant Workers Fairness Act of 2014 (PPWFA)

☒ Relevant city or county law *(specify, if known)*:

D.C. Code Ann. §§ 2-1401.05(a), § 2-1401.05(b), § 2-1402.11. § 2-1401.02(10)

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts (specify): _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
08/09/22, 08/12/22, 08/15/22, 09/13 09/14/22, 09/19-09/22/22, 10/4/22, 10/24/22, 11/16/22-12/08/22, 02/05/23

C. I believe that defendant(s) (check one):

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):

- ☐ race _____
- ☐ color _____
- ☒ gender/sex  Pregnancy, Family Responsibilities
- ☐ religion _____
- ☐ national origin _____
- ☐ age (year of birth) _____ (only when asserting a claim of age discrimination.)
- ☒ disability or perceived disability (specify disability)
  Pregnancy, Breastfeeding, Concussion

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Worked for CNN in Washington, DC since January 2015 as a freelance Business Coordinator. Offered full time employment March 2015 after receiving positive verbal and written assessments. Received only positive yearly reviews for all years of employment, as well as annual pay raises, bonuses and additional special bonuses as a result of my hard work. In 2016 began flexible work schedule allowed per company policy with managerial approval. Promoted in 2017 to Senior Business Coordinator. Continued this flexible work schedule until March 2020 when everyone was required to work from home full time. March - May 2020 worked from home M-F, 8A-4P. Went out on approved FMLA/maternity leave late May 2020 and gave birth June 2020. Please see attached sheet for more information.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
I submitted the official charge 8/4/23 as I had been unable to schedule an interview with EEOC for 7 months due to their inavailability

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*   08/29/2023   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a direct result of CNN's conduct, I have suffered and will in the future suffer great damage including loss of past and future income, loss of career and business opportunities and advancement, past pecuniary expenses, future pecuniary expenses, intense anxiety, panic attacks, headaches, insomnia, weight gain, digestive issues, embarassment, suicidal ideation, a sense of deep betrayal, isolation from peers and profound injustice, intense mental and emotional anguish, stress, pain and suffering. I seek to recover back pay for lost wages, as well as reasonable attorney's fees and costs of enforcement, with interest. Due to the character and severity of the actions of CNN and its agents, and consistent with its intentional discrimination and retaliation, I also request punitive and exemplary damages for my pain and suffering. I also ask that the Defendants admit to having violated the law with their actions and immediately cease their discriminatory practices and retaliatory behaviors.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/22/2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Amelia J. Harris

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

E. The facts of my case are as follows. Attach additional pages if needed

I had an exemplary work history with the company CNN America, Inc. and its parent company of WarnerMedia, Inc, from 2015 until it was purchased by Discovery, Inc. in April 2022 and became Warner Brothers Discovery, Inc.

Beginning in August 2022 I was assigned an HR partner, Valerie Jennings, who fought with me about reasonable accommodations as a breastfeeding mother with no private spaces able to be provided by the Washington, DC office. She deliberately and maliciously lied to me and said I was not able to use either leave or PTO in order to deal with my medical issue when I tried to compromise with the HR teams and my management, she stated many times that my only options were to accept their unreasonable offer or resign. She pressed me to send a resignation in writing with an effective date. Only after confirming with phone calls to Dept of Labor, EEOC and Union Reps that I could not be forced to resign as she was suggesting, I asked Ms. Jennings for that policy in writing that said I could not use FMLA or earned PTO, and at that point she backtracked from those declarations, though I have written confirmation from my manager that Ms. Jennings did make those statements on our phone call. She continued to set arbitrary deadlines and threaten my employment when she contacted me and I said I would not accept their unreasonable offer since no viable location was ever provided for me to perform my medical needs in. I went out on approved FMLA after confirming in writing that I was allowed to take it in order to deal with a separate emergent family medical issue, as well as receiving support from my son's pediatrician as a breastfeeding mother. I told her and many other HR partners many times that I did not want to resign, but their constant requests that I resign and hostile tones and misinformation caused me great anxiety and I began to fear on a daily basis that they were going to fire me or try to come up with reasons in order to terminate me.

August 2022 - After raising an internal complaint against Ms. Jennings failure to accommodate me and her continued threats of loss of employment and arbitrary deadlines if I did not accept an unreasonable accommodation, I requested a new HR partner. Upon my return from FMLA in September 2022, my direct management and new HR partner began to impose new rules and unwritten policies on me that others on my team were not required to do or follow, I confirmed this with my other team members, unnamed in the internal complaint so as they would not face retaliation as well. I continued to ask both verbally and in writing for a logistical location in which I could attend to my medical issue and was never provided an answer, though at one time I was recommended a bathroom in writing. Even after providing my management and HR with the company's written policies and asking why I was being treated differently and asked to comply with unwritten guidelines, they continued to demand I adhere to different unwritten policies from September through December 2022.

Due to these unwritten policies and what I felt were retaliatory requests, I added my manager to my internal complaint for aiding and abetting the discriminatory and retaliatory actions of the HR team. When she found out she was being investigated, I was told by my manager that she

would no longer "protect me" due to raising the internal complaint.

September 2022 - I continue to try to work under these conditions, and adhere to their requests despite being singled out to do so, while also preparing myself for the possibility that they would choose to fire me at any moment due to trying to enforce my legal rights.

Late October 2022 - After suffering a concussion and the associated health problems, I was assigned another HR partner who again asked me to provide details and documentation that others on my team were not required to furnish or submit, which I believe was a retaliatory and direct result of my trying to enforce my legal rights for accommodation and fair treatment earlier. I complied with their requests though I again noted that no one else was required to do so and it felt incredibly discriminatory and retaliatory, continuing to add to my stress and feelings of isolation in these matters. I suffered panic attacks, migraines and alerted my management directly of those physical ailments while adhering to all company policies and attending doctor and therapy appointments for my brain injury.

December 2022 - I was informed I was being laid off, when I inquired as to why my role was being eliminated the HR partner told me it was up to managerial discretion and I would have to ask them. When I later asked my manager she said that she "had no choice" and that "HR was the one who decided who had to be laid off." I believe I was discriminated and retaliated against for seeking a reasonable accommodation under DC law and fighting for my right to a private space to pump in DC. Trying to enforce this request caused me extreme pain and suffering as I never would have thought the company I had loved for so long would do something so detrimental to my well being. The continual threats to my employment damaged me emotionally and mentally. I experienced intense anxiety, panic attacks and suicidal ideation and had to be put on a short term disability by my doctors. My doctor noted that my recovery from my brain injury would not have been as lengthy as it continues to be, had the company not put me under the undue amounts of stress and pain with their unyielding and unceasing behavior.

In February 2023, Warner Brothers Discovery, Inc. then laid me off while I was still on an approved FMLA for my brain injury designated as short term disability. Their severance documents all included no arbitration clauses so I did not feel I could sign it. I filed my charge with the EEOC and I received a right to sue letter this year.

Further details and written examples can be provided upon discovery.