**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| AMELIA J. HARRIS, |
| *Plaintiff*, |
| v. |
| CNN AMERICA, INC / WARNER MEDIA INC., *et al.*, |
| *Defendants*. |

Civil Action No. 23 - 3526 (SLS)

Judge Sparkle L. Sooknanan

**ORDER**

For the reasons stated in the Court's Memorandum Opinion, ECF No. 45, the Court **GRANTS IN PART AND DENIES IN PART** the Defendant's Motion for Summary Judgment, ECF No. 29. The Court directs the Parties to appear for a status conference on February 19, 2026, at 10:00 AM in Courtroom 14 (in person) before Judge Sparkle L. Sooknanan, where they should be prepared to set a trial date. Because of the sealed nature of this Motion for Summary Judgment, the Court ORDERS the Parties to meet and confer and to propose any targeted redactions to the Court's Memorandum Opinion, ECF No. 45, by February 18, 2026.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   February 2, 2026