**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMELIA HARRIS,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 1:23-cv-03526-SLS** |
| **CNN AMERICA, INC. et al.,** | |
| **Defendants.** | |

## <u>NOTICE</u>

Plaintiff Amelia Harris and Defendants CNN America, Inc. and Warner Bros. Discovery, Inc., by undersigned counsel, hereby file this notice of pending resolution.

1. As the Court directed at the February 19, 2026 scheduling conference, the parties have been discussing resolution.

2. Since that time, the parties have been working diligently in an effort to resolve this matter.

3. The parties have made significant progress and have an agreement in principle, but additional time is necessary to finalize the agreement.

4. The parties' joint pretrial statement is due May 27, 2026.

5. A pretrial conference is scheduled for June 2, 2026.

6. Accordingly, in an effort not to waste the time and resources of the Court and parties, the parties respectfully request that the Court continue the remaining deadlines as set forth in the Court's April 29, 2026 Minute Order.

Dated: May 28, 2026

*/s/ Alison N. Davis*
Alison N. Davis (DC Bar No. 429700)
Richard Kim (DC Bar No. 90024569)
LITTLER MENDELSON, PC

815 Connecticut Avenue, NW
Suite 400
Washington, DC  20006-4046
202.842.3400 (Telephone)
202.842.0011 (Facsimile)
andavis@littler.com
rjkim@littler.com

*Counsel for Defendants CNN America, Inc and Warner Bros. Discovery, Inc.*

*/s/ Sara McDonough (*with permission*)*
Sara McDonough (Fed. Bar No. 1022641)
Laura Nagel (Fed. Bar No. 1013962)
ALAN LESCHT & ASSOCIATES, P.C.
1825 K ST N.W., Suite 750
Washington, D.C. 20006
Laura.nagel@leschtlaw.com
Sara.McDonough@leschtlaw.com

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on May 28, 2026, a true and correct copy of the foregoing was electronically filed via the Court's ECF system, which shall cause a copy of the same to be electronically served upon the following counsel of record:

Laura Nagel
Sara McDonough
Alan Lescht & Associates, P.C.
1825 K St., NW, Suite 750
Washington, D.C. 20006
Laura.nagel@leschtlaw.com
Sara.mcdonough@leschtlaw.com

*Counsel for Plaintiff*

*/s/ Alison N. Davis*
Alison N. Davis