**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMELIA HARRIS,<br><br>        **Plaintiff,**<br><br>  **v.**<br><br>CNN AMERICA, INC. et al.,<br><br>        **Defendants.** | **Case No. 1:23-cv-03526-SLS** |

## JOINT STATUS REPORT

Plaintiff Amelia Harris and Defendants CNN America, Inc. and Warner Bros. Discovery, Inc., by undersigned counsel, hereby file this joint status report.

1.     On May 28, 2026, the parties notified the Court of the pending resolution of this matter.

2.     On May 28, 2026, the Court directed the parties to update the Court on their anticipated date to finalize the settlement agreement.

3.     The parties anticipate that an agreement can be finalized by June 15, 2026.

Dated: May 29, 2026

*/s/ Alison N. Davis*
Alison N. Davis (DC Bar No. 429700)
Richard Kim (DC Bar No. 90024569)
LITTLER MENDELSON, PC

815 Connecticut Avenue, NW
Suite 400
Washington, DC  20006-4046
202.842.3400 (Telephone)
202.842.0011 (Facsimile)
andavis@littler.com
rjkim@littler.com

*Counsel for Defendants CNN America, Inc and Warner Bros. Discovery, Inc.*

*/s/ Sara McDonough (*with permission*)*
Sara McDonough (Fed. Bar No. 1022641)
Laura Nagel (Fed. Bar No. 1013962)
ALAN LESCHT & ASSOCIATES, P.C.
1825 K ST N.W., Suite 750
Washington, D.C. 20006
Laura.nagel@leschtlaw.com
Sara.McDonough@leschtlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 29, 2026, a true and correct copy of the foregoing was electronically filed via the Court's ECF system, which shall cause a copy of the same to be electronically served upon the following counsel of record:

Laura Nagel
Sara McDonough
Alan Lescht & Associates, P.C.
1825 K St., NW, Suite 750
Washington, D.C. 20006
Laura.nagel@leschtlaw.com
Sara.mcdonough@leschtlaw.com

*Counsel for Plaintiff*

*/s/ Alison N. Davis*
Alison N. Davis